UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| DAKOTA HOLT,<br><br>    Plaintiff,<br><br>v.<br><br>AKSHARI ENTERPRISE, INC.,<br><br>    Defendant. | CIVIL ACTION NO.<br>1:20-CV-00966-JPB |

## **ORDER**

This matter comes before the Court on the parties' Joint Stipulation to Approve Consent Decree and to Dismiss with Prejudice [Doc. 11]. Having reviewed the Consent Decree, the parties' stipulation is GRANTED.

IT IS HEREBY ORDERED that the parties' Consent Decree is approved, and Plaintiff's claims are DISMISSED with prejudice, with each party to bear their own attorney's fees and costs except as otherwise stipulated between the parties pursuant to the Consent Decree. The Court shall retain jurisdiction to enforce the terms of the Consent Decree.

**SO ORDERED** this 19th day of June, 2020.

_____
J. P. BOULEE
United States District Judge